*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  September 17, 2015          520140
_____

In the Matter of the Claim of
    NAUM VOLFSON,
                    Appellant.
                                        MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:  August 10, 2015

Before:  Garry, J.P., Rose, Devine and Clark, JJ.

                    _____

        Naum Volfson, New York City, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Linda D. Joseph of counsel), for respondent.

                    _____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed November 3, 2014, which ruled that claimant's
request for a hearing was untimely.

        Decision affirmed.  No opinion.

        Garry, J.P., Rose, Devine and Clark, JJ., concur.

ORDERED that the decision is affirmed, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court